

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00508-CR

| | | |
|---|---|---|
| ERIC RICHARDSON, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1536852D) |
| V. | § | August 28, 2019 |
| | § | Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to omit the Emergency Medical Services fee. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Wade Birdwell_____
Justice Wade Birdwell